# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DEBBIE CADE VIENNE, CADE'S
PHARMACY, LLC, KYLE STEVENS,
PHARMACY CENTRAL, LLC, DAVID
OSBORN, OSBORN ENTERPRISES,
LLC, ORLANDO PALMER, AND
PARKER'S PHARMACY AND
PHARMPLUS CBD, LLC

VERSUS

THE STATE OF LOUISIANA
THROUGH THE OFFICE OF THE
GOVERNOR, DIVISION OF
ADMINISTRATION, OFFICE OF
GROUP BENEFITS, AND JAY
DARDENNE, IN HIS OFFICIAL
CAPACITY AS LOUISIANA
COMMISSIONER OF
ADMINISTRATION

NO.   2022 CW 1375

**DECEMBER 29, 2022**

---

In Re:    Debbie  Cade  Vienne,  Cade's  Pharmacy,  LLC,  Kyle
Stevens,  Pharmacy  Central,  LLC,  David  Osborn,  Osborn
Enterprises,  LLC,  Orlando  Palmer,  and  Parker's
Pharmacy  and  Pharmplus  CBD,  LLC,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 726989.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT  DENIED.**  A  judgment,  once  signed,  granting  the
exceptions  of  no  cause  of  action  and  dismissing  all  claims  of
plaintiffs, is a final appealable judgment.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
 DEPUTY CLERK OF COURT
      FOR THE COURT